**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Leura Garrett Canary
   U.S. Attorney's Office
   PO Box 197
   Montgomery, AL 36101-0197

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Nancy Yarn_    ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Nancy Yarn

C. Date of Delivery: 11/3/05

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☐ No

   2:05CV1004
   2255 cm + o  12/2/05

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes

2. Article Number (Transfer from service label): 7004 2510 0001 0150 4422

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540