IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

UNITED STATES OF AMERICA,
    Respondent,

vs.

JOANNA NICOLE HOOKS,
    Defendant.

CASE NO. 05cv1004-T
CASE NO. 02cr09-T

MOTION FOR ENLARGEMENT OF TIME TO FILE RESPONSE TO
GOVERNMENT'S RESPONSE TO PETITIONER'S
28 U.S.C. § 2255

NOW COMES, JoAnna Nicole Hooks, asking this Court to enter an Order allowing petitioner 45 days from December 12, 2005, to file a response to the U.S. Government's Response to petitioner's 28 U.S.C. § 2255.

Petitioner is working with limited legal resources at the Satellite Federal Prison Work Camp. The majority of the legal research material must be ordered from the Main Law Library at the FCI. This process takes 5 to 7 working days with each request.

Therefore, petitioner seeks this order for the final response to be due 45 days from December 12, 2005.

This __12__ day of December, 2005.

Respectfully submitted,

_JoAnna Nicole Hooks_
JoAnna Nicole Hooks, Pro se
Federal Register No. 11380-002
Marianna Federal Prison Camp
Cherokee A
P. O. Box 7006
Marianna, FL 32447-7006

CERTIFICATE OF SERVICE

I hereby certify that I have mailed a true and correct copy of the foregoing in the institutional mailbox at Marianna FPC in a postage-sufficient envelope to the following:

>   Terry F. Moorer
>   Assistant U.S. Attorney
>   P. O. Box 197
>   Montgomery, AL  36101-0197

This __12__ day of December, 2005.

>   Respectfully submitted,
>
>   /s/ JoAnna Nicole Hooks
>   JoAnna Nicole Hooks, Pro se
>   Federal Register No. 11380-002
>   Marianna FPC
>   Cherokee A
>   P. O. Box 7006
>   Marianna, FL 32447-7006