<u>EXHIBIT "A"</u>

# JOHN M. POTI
### ATTORNEY AT LAW
696 N. SILVER HILLS DRIVE • SUITE 102
PRATTVILLE, ALABAMA • 36066

TELEPHONE: (334) 361-3535

FAX: (334) 361-3955
WWW.JMPOTI.COM

September 20, 2005

Joanna Nicole Hooks, 11380-002
FCI Marianna
Federal Correctional Institution
PO Box 7007
Marianna, FL 32447

RE: Appeal

Dear Joanna:

Enclosed is a copy of the decision from the 11th Circuit Court of Appeals concerning your case. If you wish to petition the 11th Circuit for a rehearing or for a rehearing *en banc*, your petition must be postmarked[1] within 21 days of the date of the decision, or by **October 5, 2005**. A writ of certiorari to the US Supreme Court must be filed within 90 days, or by December 13, 2005. A habeas petition must be filed within one year of the judgment becoming final.

After a thorough review of the record, it is my judgment that sufficient grounds do not exist for a rehearing, or for a rehearing *en banc* that would satisfy the standards of Fed.R.App.P. 35(a). Additionally, I do not believe there are grounds that are not frivolous and consistent with the standards for filing a petition under the Rules of the Supreme Court and applicable case law. As such, I will not be seeking review of your case by any of the means mentioned above.

If you wish to petition for a rehearing or file a writ of certiorari to the Supreme Court, you have a right to do so without prepayment of fees and costs or giving security therefor and without filing the affidavit of financial inability to pay such costs required by 28 U.S.C. §1915(a).

I am sorry that the decision was not favorable. Please be advised that I am closing my file and taking no further actions on your behalf. If I can ever be of any assistance in the future, please let me know.

Sincerely,

John M. Poti
Attorney at Law

JMP/sap
Enclosure

---

[1] A paper filed by an inmate confined in an institution is timely if deposited in the institution's internal mailing system on or before the last day for filing. If an institution has a system designed for legal mail, the inmate must use that system to receive the benefit of this rule. Timely filing may be shown by a declaration in compliance with 28 U.S.C. § 1746 or by a notarized statement, either of which must set forth the date of deposit and state that first-class postage has been prepaid. Fed.R.App.P. 25(a)(2)(C).