IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JOANNA NICOLE HOOKS, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| v ) | Civil Action No. 2:05cv1004-MHT |
| ) | [WO] |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |

**ORDER**

There being no objections to the Recommendation of the Magistrate Judge filed 31 October 2007 (Doc. #9), and after an independent review of the record; it is hereby

ORDERED that:

1. The Recommendation (Doc. #9) is ADOPTED;

2. The 28 U.S.C. § 2255 motion filed by petitioner Joanna Nicole Hooks is DENIED.

3. Costs are taxed against petitioner Hooks, for which execution may issue.

An appropriate judgment will be entered.

DONE, this the 28th day of November, 2007.

      /s/ Myron H. Thompson
UNITED STATES DISTRICT JUDGE